Before STATE INDUSTRIAL BOARD, Respondent. PETER McDONALD, Respond-

ent, v. ST. VINCENT'S HOME FOR BOYS and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.